

January 10, 2019



**VIA ECF**
Katherine Polk Failla, United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

          **RE: John Doe v. East Side Club, LLC et al.**
          **Civ. No. 1:18-cv-11324- KPF**

Dear Judge Failla,

    We represent Plaintiff John Doe in the above referenced matter. All parties consent and request that Your Honor allow all individually named parties to proceed under a pseudonym given the sensitive nature of this case and seal the original Complaint and Answer. The parties agree to amend their pleadings for the sole purpose of allowing all individually named parties to proceed under a pseudonym.

                                      Respectfully Submitted,

                                      /s/Johnmack Cohen

                                    Johnmack Cohen, Esq.

cc: Thomas D. Shanahan, Esq., Counsel for Defendants (*via ECF*)

```
Application GRANTED.

Dated:    January 11, 2019                       SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

                                                    HON. KATHERINE POLK FAILLA
                                                  UNITED STATES DISTRICT JUDGE

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 701 Brickell Ave., Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com