**Thomas D. Shanahan, P.C.**
*551 Fifth Avenue, Thirty-First Floor*
*New York, New York 10176*
*(212) 867-1100, x11*

November 14, 2019

MEMO ENDORSED

Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: Doe v. East Side Club, LLC, et al.
Docket: 1:18-cv-11324-KPF

Honorable District Court Judge Failla:

As your Honor is aware, my firm represents all Defendants named in the above captioned action. I am writing to request permission for counsel to appear at our final pre-trial conference on January 27, 2020, 3 p.m., *via* telephone. See ECF Doc. 70. I have a personal matter that just arose which requires me to be in Colorado from January 25-27th, 2020. If this is not acceptable to the Court, I respectfully request the conference be moved to any other day that week amenable to the Court and my adversary.

I thank you in advance for your attention to this issue and the anticipated courtesy.

Respectfully,

Thomas D. Shanahan

Application GRANTED. The final pretrial conference, currently scheduled for January 27, 2020, is hereby ADJOURNED to January 30, 2020, at 5:00 p.m. in in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court anticipates that it will be conducting a trial in another matter on January 30, 2020. If that trial does not proceed as scheduled, the Court may conduct the hearing at an earlier time that same day.

Dated: November 15, 2019
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE