UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE 1,<br><br>      Plaintiff,<br><br>    -v.-<br><br>EAST SIDE CLUB, LLC, JOHN DOE 2, and JOHN DOE 3,<br><br>      Defendants. | 18 Civ. 11324 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The final pretrial conference scheduled for January 30, 2020, at 5:00 p.m., shall instead be held January 30, 2020, at 11:30 a.m. in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

  SO ORDERED.

Dated: January 2, 2020
     New York, New York

                KATHERINE POLK FAILLA
                United States District Judge