UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE 1,<br><br>      Plaintiff,<br><br>   -v.-<br><br>EAST SIDE CLUB, LLC, JOHN DOE 2, and JOHN DOE 3,<br><br>      Defendants. | 18 Civ. 11324 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The parties are ORDERED to appear for a conference on March 12, 2021, at 3:30 p.m. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:30 p.m.

  SO ORDERED.

Dated: March 11, 2021
    New York, New York

                  *Katherine Polk Failla*
                  _____
                  KATHERINE POLK FAILLA
                  United States District Judge