

May 3, 2021

**VIA ECF**
Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

Re: *Doe v. East Side Club, LLC et al.*
Case No.: cv 11324



Dear Honorable Judge Failla,

    We write to respectfully request leave to file Exhibits 2, 3, 4, 5, 6, 8, 12, and 13 attached to our May 3, 2021 filing (Dkt #153) under seal. We make this request to protect the anonymity of the parties, which to this point have not been disclosed on the public docket.[1]

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

Johnmack Cohen, Esq.

```
Application GRANTED.  Exhibits 2-6, 8, and 12-13 to Plaintiff's former
counsel's May 3, 2021 letter (Dkt. #153) shall be filed under seal,
visible only to the parties, Plaintiff's former counsel, and the Court.

Dated:     May 3, 2021                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

---

[1] We apologize to the Court for not marking these Exhibits as "SEALED," pursuant to Your Honor's Individual Rules

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103| (215) 391-4790
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com