# DEREK SMITH LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

September 13, 2021

**VIA ECF**
Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007



Re:  *Doe 1 v. East Side Club, LLC et al.*
     Case No.: cv-11324

Dear Judge Failla,

Pursuant to Your Honor's Individual Rules, we write to respectfully request leave to file Exhibits 1, 2, and 3 attached to our September 13, 2021 filing (Dkt #186) under seal. We make this request to protect the anonymity of the parties, which to this point have not been disclosed on the public docket.

We thank the Court for its time and attention to this matter.

Respectfully submitted

Johnmack Cohen, Esq.

```
Application GRANTED.  The exhibits specified above may be filed under seal,
viewable only to the parties and the Court.

Date:      September 14, 2021          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103| (215) 391-4790
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com