

# Thomas D. Shanahan, P.C.

One Grand Central Place
60 East 42nd Street
Suite 4600
New York, NY 10165

tom@shanahanlaw.com
www.shanahanlaw.com
(212) 867-1100, x1

October 17, 2022

**VIA ECF AND EMAIL**

Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
United States Court House
40 Foley Square, Courtroom 618
New York, New York 10007



Re:     Doe v. East Side Club, LLC, *et al.*
Case No.     1:18-cv-11324

Honorable Judge Failla:

My firm represents the Defendants in the above captioned action.  I am writing to update the Court in regard to my motion to enlarge my time to file final reply *nunc pro tunc.*  Plaintiff *Pro* Se, Mr. Cohen and the Derek Smith Law Group have consented to this application. When I filed my letter motion in the docket at 205 I was unaware of Mr. Cohen's consent.  I believe this also resolves the motion to strike in the docket at 204.

I appreciate the other parties consenting given the reasons for my mistake. I again apologize to the Court for my late submission and request our final reply be accepted and considered *nunc pro tunc*.

Most Respectfully,

Thomas D. Shanahan

Application GRANTED.  The Court accepts Mr. Shanahan's reply
submission *nunc pro tunc*, and wishes him a continued recovery
from his medical issues.  The Court further appreciates the
parties' resolution of this issue without Court intervention, and
urges the parties to carefully adhere to any Court deadlines
moving forward.

Because all opposing parties have consented to this request, the
Court deems the motion to strike filed at docket entry 204 to be
moot.

The Clerk of Court is directed to terminate the pending motions
at docket entries 204 and 205.

Dated:    October 17, 2022
          New York, New York

                              SO ORDERED.

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE