UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOHN DOE 1,

                Plaintiff,                                      18 **CIVIL** 11324 (KPF)

        -against-                                       **JUDGMENT**
                                                    For Attorney's Fees and Costs

EAST SIDE CLUB, LLC., JOHN DOE 2,
and JOHN DOE 3,
                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth above in the Court's Opinion and Order dated June 23, 2023, and in the Court's prior Sanctions Opinion, the Court awards attorneys' fees in the amount of $100,230.98 and costs in the amount of $18,623.55 against Plaintiff, and attorneys' fees in the amount of $81,439.34 and costs in the amount of $1,123.00 against DSLG. Accordingly, for the reasons set forth in this Order, the Judgment is entered against Plaintiff and DSLG in those amounts; accordingly the case is closed.

**Dated:** New York, New York

       June 26, 2023

                                                                **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                         **BY:**

                                                                     **Deputy Clerk**